NONPRECEDENTIAL DISPOSITION
To be cited only in accordance with Fed. R. App. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Decided April 11, 2014

**Before**

DIANE P. WOOD, *Chief Judge*

JOEL M. FLAUM, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

No. 13-1742

CORINA BASS,

      *Plaintiff-Appellant*,

      *v.*

JOLIET PUBLIC SCHOOL DISTRICT NO. 86,

      *Defendant-Appellee*.

Appeal from the United States District
Court for the Northern District of
Illinois, Eastern Division.

No. 11 C 8136

John W. Darrah,
*Judge*.

**O R D E R**

On March 26, 2014, we issued our opinion affirming the district court's judgment dismissing appellant Corina Bass's challenge to a grant of summary judgment in favor of the defendant Joliet Public School District No. 86. We found so little merit in the arguments that Bass raised on appeal that we issued an order to show cause to her

attorney pursuant to Federal Rule of Appellate Procedure 38. In that order, we asked the attorney to explain why he should not be sanctioned for bringing a frivolous appeal. The attorney, Steven H. Jesser, filed a timely response to our order. In his response, he acknowledges that this case lay close to the line, but he states that he believed in good faith that his client's case was not sanctionably frivolous. He notes in this connection that his review of the record indicated that she was treated differently, and less favorably, than a comparable male employee of the district. Finally, he apologizes to the court for any miscalculation he may have made.

We are satisfied from his explanation that sanctions would be inappropriate in this situation. We therefore DISCHARGE the rule to show cause and we instruct the Clerk of this court to forward a copy of this order to Illinois's Attorney Registration and Disciplinary Commission, so that its file will contain a complete and accurate record of the disposition of the order in this court.